IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Criminal)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 23CR00393-RC |
| | ) | |
| | ) | |
| HACHIKOSELA K. MUCHIMBA | ) | |
|     Defendant | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Comes now counsel for the defendant, HACHIKOSELA K. MUCHIMBA, and respectfully moves this Honorable Court for permission to withdraw as counsel for the defendant. The defendant met with me today to discuss his case and indicated that he did not feel I had sufficient time to give to his case and that I was not working in his best interest. Based upon the defendant's assertions, it appears that the relationship between the defendant and I cannot be salvaged. Should the court require additional information, Counsel is prepared to address this matter with the court at the next court hearing.

WHEREFORE, Counsel and the defendant respectfully request that this Honorable Court appoint new counsel to represent the defendant.

                        Respectfully submitted,
                        By counsel

                        /s/
                        _____

                        Dwight E. Crawley
                        Counsel for the defendant
                        DC Bar#472672
                        Law Office of Dwight E. Crawley
                        1300 I. Street, NW
                        Suite 400E
                        Washington, DC 20005

(202)580-9794 Phone
(888) 804-1806 Fax
vadclawyer@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of May 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to all attorneys of record.

/s/
_____
Dwight E. Crawley
Counsel for the defendant
DC BAR #472672
Law Office of Dwight E. Crawley
1300 I. Street, NW
Suite 400E
Washington, DC 20005
(202)580-9794 Phone
(888) 804-1806 Fax
vadclawyer@gmail.com