UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.     23-393 (RC)

HACHIKOSELA MUCHIMBA

**MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE**

Defendant, by and through underanged counsel, does hereby request modification of the conditions of his release pending trial. In support thereof, defendant respectfully sets forth as follows:

1. Defendant has been indicted for, *inter alia*, Conspiracy to Commit Theft of Mail and Bank Fraud. Trial is scheduled to commence on March 10, 2025.

2. Since September 25, 2003, defendant has been released pending trial with the condition that he wear an ankle monitoring bracelet.

3. Since September 25, 2023, defendant has been in perfect compliance with the conditions of his pretrial release. He attended the in-person supervision meeting with pretrial services, provided a verified address and

1

fulfilled every in-person contact and telephone contact. This information was verified in the Pretrial Services Agency report filed with the Court on June 27, 2024, by Pretrial Services Officer John Copes, (202) 220-5554.

4. Undersigned counsel has e-mailed John Copes and inquired whether Mr. Copes would object to modification of defendant's conditions of release that would include removal of the ankle bracelet and placement on a curfew. Mr. Copes has indicated he has no objection to that change. In addition, in the complete report filed by Mr. Copes on June 27, 2024, it is established that defendant has been in full compliance with all conditions of his pretrial release. This includes residing with his sister at 4516 Avondale Street, Apt. A, Bethesda, Maryland.

5. If defendant's conditions of release are modified, he will remain under restrictions and his adherence to the conditions can still be monitored by Pretrial Services.

6. Defendant relies upon the supervisory and discretionary powers of this Honorable Court in seeking the relief requested herein.

WHEREFORE, the foregoing considered, defendant prays this Honorable Court for modification of the conditions of his pretrial release and allow removal of the ankle bracelet and placement under a curfew.

Respectfully submitted,

_____/s/_____
Steven R. Kiersh#323329
5335 Wisconsina Avenue, N.W.
Suite 440
Washington, D.C. 20015
(202) 347-0200

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was served upon all counsel of record, via the Court's electronic filing system, on this the 28th day of June, 2024.

_____/s/_____
Steven R. Kiersh