# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 23-cr-393 (RC) |
| HACHIKOSELA MUCHIMBA, | |
| Defendant. | |

## UNITED STATES' UNOPPOSED MOTION TO VACATE STATUS HEARING AND TOLL TIME UNDER THE SPEEDY TRIAL ACT

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that this Court vacate the status hearing in this case currently scheduled for October 17, 2024, and toll time for purposes of the Speedy Trial Act until the trial date in this case. The defense does not oppose this motion. In support of this request, the government notes the following:

1. This matter is currently scheduled for trial on March 10, 2025, and for a pretrial conference on March 3, 2025. The Court has issued an order (ECF 30) setting deadlines for all pretrial motions, notices, briefs, and other filings.

2. Counsel for the defendant has indicated that Mr. Muchimba has decided not to accept the government's final plea offer. Consequently, Mr. Muchimba will not be entering a guilty plea at the status hearing currently scheduled for October 17.

3. In light of these circumstances, it would be appropriate for the Court to vacate the October 17 status hearing. The Court should also enter an order excluding time between October 17 and the trial date, March 10, 2025, from the time within which a trial of this case must otherwise commence. "[T]he ends of justice served by the granting of such a continuance outweigh the best

interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).  Moreover, such a continuance will afford defense counsel and the government with time to file motions contemplated by Court's scheduling order and to prepare for trial.  The defendant does not oppose these requests.

    WHEREFORE, the government requests that the Court grant this unopposed motion.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By: _____
JOHN W. BORCHERT (D.C. Bar No. 472824)
DIANE LUCAS
Assistant United States Attorneys
Fraud, Public Corruption & Civil Rights Section
601 D Street, NW, Room 5.238
Washington, D.C. 20530
Borchert: (202) 252-7679
Lucas: (202) 252-7724
John.Borchert@usdoj.gov
Diane.Lucas@usdoj.gov

October 15, 2024

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of October 2024, I caused a copy of the foregoing to be served on counsel for the defendant.

_____
JOHN W. BORCHERT
Assistant United States Attorney