UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO. 23-CR-393 (RC) |
| | : | |
| **HACHIKOSELA MUCHIMBA,** | : | |
| | : | |
| Defendant. | : | |

## STIPULATIONS REGARDING EVIDENCE AT TRIAL

The United States of America, by and through the undersigned Assistant United States Attorneys, and defendant, Hachikosela Muchimba, by and through his attorney, Steven R. Kiersh, Esquire, hereby agree and stipulate that the following evidence is to be admitted at trial:

On or before December 5, 2021, ▓▓▓▓▓▓ was notified that United States Treasury Check No. x8241, was issued in his name in the amount of $1,000 (Government Exhibit No. 100). On or about August 25, 2021, Check No. x8241 had been mailed to ▓▓▓▓▓▓' family's residence located on a numbered street in northwest Washington, DC. Neither ▓▓▓▓▓▓ nor any of his family members received Check No. x8241. On December 5, 2021, ▓▓▓▓▓▓ signed a "Claim against the United States for the Proceeds of a Government Check" form (Government Exhibit No. 101) and provided it to the Government. ▓▓▓▓▓▓ did not authorize anyone else to sign, negotiate, or deposit Check No. x8241.

It is further stipulated and agreed that this Stipulation may be offered and admitted into evidence without further foundation and that it may be read in its entirety in lieu of the offer of further testimonial or documentary evidence.

                                                Respectfully submitted and agreed,

EDWARD R. MARTIN JR.
United States Attorney
for the District of Columbia

Dated: _____      By:   /s/ *Diane G. Lucas*
JOHN W. BORCHERT
(D.C. Bar No. 472824)
DIANE LUCAS (D.C. Bar No. 443610)
Assistant United States Attorneys
601 D Street, NW, Room 5.238
Washington, D.C. 20530
Borchert: (202) 252-7679
Lucas: (202) 252-7724
John.Borchert@usdoj.gov
Diane.Lucas@usdoj.gov

Dated: _____      _____
HACHIKOSELA MUCHIMBA[1]
Defendant

Dated: _____      _____
STEVEN R. KIERSH
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015
(202) 347-0200
skiersh@aol.com
Counsel for Defendant

---

[1] Counsel for the defendant has represented to the government that it is expected that a fully executed copy of this document will be provided to the Court at the time of trial.