UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 23-CR-393 (RC)** |
| | : | |
| **HACHIKOSELA MUCHIMBA,** | : | |
| | : | |
| **Defendant.** | : | |

**THE PARTIES' JOINT PRETRIAL STATEMENT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Hachikosela Muchimba, by and through his attorney, Steven R. Kiersh, Esquire, respectfully submit their Joint Pretrial Statement in accordance with the Court's Pretrial Scheduling Order (ECF No. 30):

**I.   Proposed Statement of the Case**

In this case, defendant Hachikosela Muchimba is charged by indictment with one (1) count of conspiracy, in violation of 18 U.S.C. § 371, ten (10) counts of theft of mail and aiding and abetting and causing an act to be done, in violation of 18 U.S.C. §§ 1708, 2, seven counts (7) bank fraud and aiding and abetting and causing an act to be done, in violation of 18 U.S.C. §§ 1344, 2, one (1) count of engaging in monetary transactions in property derived from a specified unlawful activity and aiding and abetting and causing an act to be done, in violation of 18 U.S.C. §§ 1957, 2, and one (1) count of unlawful procurement of naturalization, in violation of 18 U.S.C. § 1425(a).

The Indictment alleges that from December 2020 until March 2023, defendant Muchimba, along with others, used his position as a U.S. Postal Service letter carrier out of the U.S. Post Office at Friendship Heights Station located on Wisconsin Avenue in the District of Columbia to steal

mail and fraudulently deposit at least 94 U.S. Treasury checks and private party checks totaling over $1.5 million intended for postal customers living in the District of Columbia – a number of whom were customers on defendant Muchimba's designated delivery route. The government also alleges that defendant Muchimba and/or another individual altered and falsely endorsed the stolen checks before depositing them into bank accounts that defendant Muchimba controlled. The allegations include that defendant conducted at least one financial transaction over $10,000 in criminally derived proceeds. Defendant Muchimba denies all of these allegations and maintains his innocence.

[The government further alleges that on September 19, 2021, defendant Muchimba applied to become a naturalized U.S. citizen and lied on the application form when it asked whether the applicant had committed any crimes for which the applicant had not been arrested because defendant Muchimba was in the midst of systematically stealing checks from the mail at the time of his citizenship application and during the application process. Specifically, the government also alleges that defendant Muchimba repeated that lie during interviews with a USCIS examiner on March 9, 2022, and on May 26, 2022, the day of his naturalization in Washington, D.C. Defendant Muchimba denies all of these allegations and maintains his innocence.][1]

## II.    Length of Trial

The parties believe that the trial will last 3-5 days.

---

[1] The government submits that this bracketed language should not be read in the event that the Court severs or bifurcates the trial as to Count Twenty.

### III.    Pending Motions *in Limine* and Additional Motions

    A.    Defendant's Motion to Sever Counts (ECF No. 33); Response in Opposition by the United States (ECF No. 35); Defendant's Reply (ECF No. 37).

While the government believes that severance of Count Twenty is not legally or factually necessary, the parties have discussed a bifurcation of the trial, specifically Count Twenty, as a means of avoiding any possible prejudice to defendant. As a practical matter, the parties would present evidence regarding the first nineteen counts to the jury and request verdicts. If there is a conviction on any of the counts, the parties request that the jury be held over to consider evidence relating to Count Twenty.

    B.    Defendant's Motion to Suppress Oral Statements (ECF No. 34); Response in Opposition by the United States (ECF No. 36); Defendant's Reply (ECF No. 37).

    C.    Government's Notice of Intent to Introduce Evidence Pursuant to Federal Rules of Evidence 902 and 1006 (ECF No. 38);

    D.    Government's Motion to Permit Law Enforcement Agent to be Present at Counsel Table during Trial (ECF No. 39);

### IV.    Proposed Voir Dire Questions

The parties have separately filed proposed voir dire on ECF.

### V.    List of Proposed Jury Instructions

The parties have separately filed proposed jury instructions on ECF.[2]

---

[2] The parties respectfully reserve the right to supplement the jury instructions depending upon the trial evidence.

VI.   **List of Proposed Witnesses**

The government's witness list has been separately filed at ECF No. 45. The defendant has not filed a witness list at this time.

VII.  **Expert Witnesses**

The government filed a Notice of Potential Expert Testimony (ECF No. 40) which identified USCIS Officers Matthew Heinz and Alexander Cook as witnesses who will testify at trial. The government believes those witnesses are fact witnesses who will testify about the defendant's naturalization process; the materials that they reviewed; their interactions with the defendant; and how the information the defendant provided (and failed to provide) was material to the decision-making regarding defendant's naturalization. (ECF No. 40 at 3.)

VIII. **Convictions that the Government Intends to Use for Impeachment**

The defendant has no prior convictions.

IX.   **Exhibit Lists**

The government has separately filed its Exhibit List on ECF. The defendant has not filed an exhibit list at this time.[3]

X.    **Stipulations of the Parties:**

The parties have agreed to a stipulation concerning the testimony of one witness. That proposed stipulation appears at ECF No. 46.

---

[3] The parties respectfully reserve the right to supplement their exhibit lists and objections as they continue preparing for trial.

## XI.  Judicial Notice.

The government requests that the Court take judicial notice of the statutes, rules, and regulations regarding naturalization.

## XII.  Proposed Verdict Form

The parties' proposed verdict form has been separately filed on ECF.

                                        Respectfully submitted,

                                        EDWARD R. MARTIN, JR.
                                        UNITED STATES ATTORNEY

By:  _____
                                        JOHN W. BORCHERT (D.C. Bar No. 472824)
                                        DIANE LUCAS (D.C. Bar No. 443610)
                                        Assistant United States Attorneys
                                        601 D Street, NW, Room 5.238
                                        Washington, D.C. 20530
                                        Borchert: (202) 252-7679
                                        Lucas: (202) 252-7724
                                        John.Borchert@usdoj.gov
                                        Diane.Lucas@usdoj.gov

                                        \_\_\_/s/\_ *Steven R. Kiersh*_____
                                        STEVEN R. KIERSH, Esquire
                                        5335 Wisconsin Avenue, N.W.
                                        Suite 440
                                        Washington, D.C. 20015
                                        (202) 347-0200
                                        skiersh@aol.com
                                        Counsel for Defendant

February 24, 2025