UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.                                           ) | Case No. 1:23-cr-00393-RS |
| ) | |
| HACHIKOSELA MUCHIMBA,   ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO CONTINUE SENTENCING AND
EXTEND TIME FOR FILING OF SENTENCING MEMORANDA**

The Defendant, HACHIKOSELA K. MUCHIMBA, through undersigned counsel, respectfully submits this motion to continue the sentencing hearing and extend the time within which to file sentencing memoranda. At the time this motion is being filed, undersigned counsel has not yet had an opportunity to consult with the United States regarding their position and availability, although he has attempted to do so over this holiday weekend. As sentencing memoranda are due on July 7, 2025, this motion is being filed without having yet had the opportunity to speak with counsel for the United States.

1. On November 9, 2023, a federal grand jury in this Court returned a 20-count Indictment charging Mr. Muchimba with various criminal offenses. Nineteen of the Counts relate to the theft of checks from the mail. Count Twenty charged Mr. Muchimba with the unlawful procurement of citizenship or naturalization.

2. On January 30, 2025, a federal grand jury in this Court returned a 20-count Superseding Indictment charging Mr. Muchimba with what appears to

have been identical charges.

3. On March 13, 2025, Mr. Muchimba was found guilty by jury trial of all Counts. The Court set sentencing for August 8, 2025.

4. On June 1, 2025, undersigned counsel entered his appearance for Mr. Muchimba and filed a motion for release pending sentencing, which the Court subsequently denied.

5. Counsel has obtained and continues to review the trial transcripts.

6. Based upon a total offense level of 31 and a criminal history category of I, the presentence investigation report ("PSR") indicates the applicable advisory guideline imprisonment range for Mr. Muchimba is 108 months to 135 months.

7. The United States demonstrated at trial that when Mr. Muchimba applied to become a naturalized U.S. citizen, he was untruthful in answering whether he had committed any crimes for which he had not been arrested. The evidence demonstrated that Mr. Muchimba had committed some of the instant offenses at the time of his citizenship application and during the application process, and was untruthful during interviews on the day of his naturalization.

8. The United States has advised U.S. Probation that this Court, pursuant to Title 8 U.S.C. §1451(e), is required to revoke Mr. Muchimba's United States citizenship at the time of sentencing. ¶ 92, PSR.

9. Counsel needs additional time to review the trial transcripts and exhibits, consult with Mr. Muchimba and his family, gather evidence for mitigation at the sentencing hearing, and review the obligation of this Court and

the parties with respect to the process for this Court revoking Mr. Muchimba's U.S. citizenship.

10. Counsel respectfully requests the Court vacate the current sentencing date and briefing schedule, and permit the parties to consult with the Court's courtroom deputy to reschedule a new briefing schedule and sentencing hearing.

HACHIKOSELA K. MUCHIMBA
By Counsel

/s/ Pleasant Brodnax
Pleasant S. Brodnax, III
DC Bar 416694
1701 Pennsylvania Avenue, NW, Suite 200
Washington, D.C., 20006
(202) 462-1100
pleasant.brodnax@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed by CM/ECF on the 5th day of July 2025 which will send a notification of filing (NEF) to all counsel of record.

/s/ Pleasant S. Brodnax, III
Pleasant S. Brodnax, III
