UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HACHIKOSELA MUCHIMBA,<br><br>Defendant. | Case No. 23-CR-293 (RC) |

**[PROPOSED] ORDER**

The Court sentenced the defendant on September 3, 2025, and ordered that the defendant make restitution as part of that sentence. The government has identified seven (7) individual victims with total losses of $56,173.82. The name, address, and loss amount for each of those victims are stated in Exhibit A to this Order which shall remain sealed. The U.S. Treasury itself is a victim that incurred $42,602.51 in loss. And the government has also identified certain financial institutions that have incurred losses of $552,292. Accordingly, it is hereby

ORDERED that the defendant shall make restitution to the payees identified in Exhibit A in a total amount of $56,173.82; and it is further

ORDERED that that the defendant must make restitution to the following payees in the amount listed below:

| Name of Payee | Restitution Amount |
|---|---|
| U.S. Treasury | $42,602.51 |
| Citibank<br>Citi-Asset Recovery<br>P.O. Box 790029<br>St. Louis, MO  63179<br>Ref# CAS0399997605634 | $457,541.92 |

2

| Name of Payee | Restitution Amount |
|---|---|
| Ally Bank<br>P.O. Box 13625<br>Philadelphia, PA 19101 | $3,923.14 |
| Capital One Bank<br>Specialty Investigations<br>P.O. Box 85582<br>Richmond, VA 23260 | $11,882.98 |
| Digital Credit Union<br>P.O. Box 9130<br>Marlboro, MA 01752 | $68,288.78 |
| TD Bank<br>Fraud Operations<br>CL#6210<br>P.O. Box 95000<br>Philadelphia, PA 19195<br>Ref#2022156155 | $10,655.20 |

So ordered.

_____
THE HONORABLE RUDOLPH CONTRERAS
United States District Court

Dated: