## EXHIBIT A

| Name of Payee | Restitution Amount |
|---|---|
| Internal Revenue Service<br>Attention: MS 6261 Rest<br>333 W. Pershing Road<br>Kansas City, MO  64108<br><br>Memo:  f/b/o ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>▓▓▓▓ Washington, D.C.  20015 (U.S. v. Muchimba, 23-cr-393-RC (D.D.C.)) | $1,609.82 |
| Internal Revenue Service<br>Attention: MS 6261 Rest<br>333 W. Pershing Road<br>Kansas City, MO  64108<br><br>Memo:  f/b/o ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Washington, D.C.  20008 (U.S. v. Muchimba, 23-cr-393-RC (D.D.C.)) | $934.00 |
| Internal Revenue Service<br>Attention: MS 6261 Rest<br>333 W. Pershing Road<br>Kansas City, MO  64108<br><br>Memo:  f/b/o ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>Washington, D.C.  20002 (U.S. v. Muchimba, 23-cr-393-RC (D.D.C.)) | $2,000.00 |
| Internal Revenue Service<br>Attention: MS 6261 Rest<br>333 W. Pershing Road<br>Kansas City, MO  64108<br><br>Memo:  f/b/o ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>Washington, D.C. 20002 (U.S. v. Muchimba, 23-cr-393-RC (D.D.C.)) | $3,811.00 |

| Name of Payee | Restitution Amount |
|---|---|
| Internal Revenue Service<br>Attention: MS 6261 Rest<br>333 W. Pershing Road<br>Kansas City, MO  64108<br><br>Memo:  f/b/o ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Washington, D.C.  20002 (U.S. v. Muchimba, 23-cr-393-RC (D.D.C.)) | $1,200.00 |
| Internal Revenue Service<br>Attention: MS 6261 Rest<br>333 W. Pershing Road<br>Kansas City, MO  64108<br><br>Memo:  f/b/o ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Washington, D.C.  20002 (U.S. v. Muchimba, 23-cr-393-RC (D.D.C.)) | $1,200.00 |
| Internal Revenue Service<br>Attention: MS 6261 Rest<br>333 W. Pershing Road<br>Kansas City, MO  64108<br><br>Memo:  f/b/o ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Washington, D.C.  20016 (U.S. v. Muchimba, 23-cr-393-RC (D.D.C.)) | $45,419.00 |